IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYLES KIRBY, Liquidator, o/b/o <br> BLACKROCK MEDICAL PARTNERS <br> LIMITED, a corporation of the Republic <br> of Ireland, <br> <br> Plaintiff, <br> <br> v. <br> <br> JOSEPH C. SHEEHAN, et al., <br> <br> Defendants. | Case No. 23 C 936 |

**ORDER OF DEFAULT JUDGMENT**

**THIS MATTER** is before the Court on Plaintiff Myles Kirby's Amended Motion for Entry of Default Judgment or, Alternatively, Entry of Summary Judgment, Doc. 61, as supplemented. Doc. 64. Having considered said motion and the entire record, the Court **FINDS** as follows:

1. This Court has personal jurisdiction over the Defendants and the subject matter of this action.

2. Venue is proper in the Northern District of Illinois.

3. Each of the Defendants was properly served with a copy of the Summons and Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. Thus, each Defendant had proper notice of this action.

4. None of the Defendants have entered an appearance, answered or otherwise responded to the Complaint.

5. None of the individual Defendants is an infant or an incompetent person, and has no guardian, committee, conservator or other such person appearing on his behalf.

6. None of the individual defendants are in active military service.

7. All Defendants have been ordered defaulted.

8. By virtue of their defaults and the failures of each Defendant to respond to the complaint, the Defendants are deemed to have admitted the well-pled allegations of the complaint, and liability is established against each of them. *Dundee Cement Co. v. Howard Pipe & Concrete Products, Inc.*, 722 F.2d 1319, 1323 (7th Cir. 1983). Accordingly, the Court finds the Defendants committed the violations alleged in the Complaint.

9. The amount of damages Plaintiff claims is liquidated or capable of ascertainment from definite figures contained in the documentary evidence or in detailed affidavits, and default judgment may be entered without further hearing on said damages. *Dundee Cement Co.*, 722 F.2d at 1323.

10. Plaintiff's actual damages are $2,812,553.94.

11. Pursuant to 18 U.S.C. § 1964(c), Plaintiff is entitled to an award of $8,437,661.82, which is three times its actual damages, plus costs of suit and reasonable attorney's fees.

12. No objections to the entry of default judgment have been filed.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Amended Motion for Default Judgment, Doc. 61, as supplemented, Doc. 64, is **granted in part** and **denied in part**. The motion is granted with respect to Plaintiff's request for default judgment and an award of three times actual damages. The motion is denied with respect to Plaintiff's request for summary judgment, which is moot.

2. Default judgment is entered in favor of Plaintiff Myles Kirby, Liquidator, o/b/o Blackrock Medical Partners Limited, a corporation of the Republic of Ireland, and against Defendants Joseph C. Sheehan (a/k/a Joseph Mary Sheehan, Joseph Sheehan Sr., and Joseph CM Sheehan d/b/a BMP Galway), Norah E. Sheehan, James J. Sheehan, Frances P. Crowley,

Mark J. Crowley, Immersion Solution Labs LLC, BMP Galway LLC, Jasblack Global Limited, Medistead Ireland Limited, and Miller Bridge Limited in the amount of **$8,437,661.82**, plus costs of suit and reasonable attorney's fees to be determined.

Dated this 30th day of March, 2024.

                                                             Hon. Matthew F. Kennelly
                                                             United States District Judge