IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYLES KIRBY, Liquidator, o/b/o BLACKROCK MEDICAL PARTNERS LIMITED, a corporation of the Republic of Ireland,<br>    Plaintiff,<br><br>  v.<br><br>JOSEPH C. SHEEHAN, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2023 CV 936<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT**

Pursuant to the Court's docket entry of March 11, 2025, Doc. 108, Plaintiff, through the undersigned counsel, reports to the Court that as of the date of this filing, the parties have engaged in preliminary talks regarding the potential for settlement and the logistics of deposing Plaintiff, if settlement cannot be achieved. Plaintiff's counsel is in the midst of preparing for an office move on May 16, 2025, but is working diligently to finalize written discovery to Defendants, which will be served prior to the scheduled status hearing of May 16, 2025.

                Respectfully submitted,
                MYLES KIRBY, Liquidator, o/b/o
                BLACKROCK MEDICAL PARTNERS
                LIMITED, a corporation of the Republic
                of Ireland, Plaintiff

           BY: */s/ Melinda L. Mannlein*
              One of its attorneys

Melinda L. Mannlein – ARDC No. 6288382
Hasselberg, Rock, Bell & Kuppler LLP
4600 N. Brandywine Drive, Suite 200
Peoria, IL 61614
Phone: 309-688-9400
Fax: 309-688-9430
Email: mmannlein@hrbklaw.com
    aswearingen@hrbklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MYLES KIRBY, Liquidator, o/b/o ) | | |
| BLACKROCK MEDICAL PARTNERS ) | | |
| LIMITED, a corporation of the Republic ) | | |
| of Ireland, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case No. 2023 CV 936 | |
| ) | | |
| JOSEPH C. SHEEHAN, et al. ) | | |
| ) | | |
| Defendants. ) | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2025, she filed the aforementioned Status Report with the Court through the ECF/Pacer system for service on all parties who have entered their appearances to date:

John A. Lipinski: lipinsky@ccmlawyer.com

Alexcis Ballesteros: ballesteros@ccmlawyer.com

                                                                 */s/ Melinda L. Mannlein*

Melinda L. Mannlein – ARDC No. 6288382
Hasselberg, Rock, Bell & Kuppler LLP
4600 N. Brandywine Drive, Suite 200
Peoria, IL 61614
Phone: 309-688-9400
Fax:    309-688-9430
Email: mmannlein@hrbklaw.com
            aswearingen@hrbklaw.com