IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYLES KIRBY, Liquidator, o/b/o BLACKROCK MEDICAL PARTNERS LIMITED, a corporation of the Republic of Ireland, <br>           Plaintiff, <br> v. <br> JOSEPH C. SHEEHAN, et al. <br>           Defendants. | Case No. 2023 CV 936 |

## JOINT STATUS REPORT

Pursuant to the Court's docket entry of May 16, 2025, Doc. 114, the parties, through the undersigned counsel, report to the Court that as of the date of this filing: On July 7, 2025, Defendants provided initial written responses to Plaintiff's interrogatories and requests to produce documents but have not yet produced any documents. Plaintiff's responses to Defendants' interrogatories and requests to produce documents, which include a production of over 11,000 bates-stamped documents, are drafted but awaiting final client approval and certification before providing same to Defendants. The parties have agreed to conduct Plaintiff's deposition in Illinois, as opposed to Ireland, at a yet to be determined date.

Respectfully submitted,

| | |
|---|---|
| MYLES KIRBY, Liquidator, o/b/o BLACKROCK MEDICAL PARTNERS LIMITED, a corporation of the Republic of Ireland, Plaintiff | MARK J. CROWLEY and FRANCES P. CROWLEY, Defendants |
| BY: */s/ Melinda L. Mannlein* <br> Melinda L. Mannlein <br> ARDC No. 6288382 <br> Hasselberg, Rock, Bell & Kuppler LLP <br> *Attorney for Plaintiff* | BY: */s/ John A. Lipinsky* <br> John A. Lipinsky <br> ARDC No. 6207678 <br> Clingen, Callow & McLean, LLC <br> *Attorney for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYLES KIRBY, Liquidator, o/b/o ) <br> BLACKROCK MEDICAL PARTNERS ) <br> LIMITED, a corporation of the Republic ) <br> of Ireland, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH C. SHEEHAN, et al. ) <br> ) <br> Defendants. ) | Case No. 2023 CV 936 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2025, she filed the aforementioned Joint Status Report with the Court through the ECF/Pacer system for service on all parties who have entered their appearances to date:

John A. Lipinsky: lipinsky@ccmlawyer.com

Timothy Walters: walters@ccmlawyer.com

/s/ Melinda L. Mannlein

Melinda L. Mannlein – ARDC No. 6288382
Hasselberg, Rock, Bell & Kuppler LLP
423 SW Washington Street
Peoria, IL 61602
Phone: 309-688-9400
Fax:     309-688-9430
Email: mmannlein@hrbklaw.com
            aswearingen@hrbklaw.com