IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYLES KIRBY, Liquidator, o/b/o BLACKROCK MEDICAL PARTNERS LIMITED, a corporation of the Republic of Ireland, <br>     Plaintiff, <br><br>    v. <br><br>JOSEPH C. SHEEHAN, et al. <br><br>     Defendants. | Case No. 2023 CV 936 |

## JOINT STATUS REPORT

Pursuant to the Court's docket entry of July 10, 2025, Doc. 117, the parties, through the undersigned counsel, report to the Court as follows:

**1. Progress of Discovery**

On or about July 17, 2025, Plaintiff served Defendants with responses to interrogatories and requests to produce, including 11,454 bates-stamped documents. On or about August 29, 2025, Defendants served Plaintiff with a preliminary production of 19 bates-stamped documents, indicating that a supplemental production would follow. On or about September 2, 2025, Defense counsel represented that the supplemental production was delayed due to a death in Defendants' family; Defendants intend to make a first supplemental production by September 19, 2025. Plaintiff's counsel has requested from defense counsel potential dates for the deposition of Plaintiff so that international travel plans can be made, along with potential dates and proposed locations for the depositions of Defendants. The parties are discussing the potential location and manner for Defendants' depositions; Defendants' counsel has indicated that Defendants have significant travel obligations for work through end of the year but that November 5–7 is currently

open; and Defendants are working to identify a date for Plaintiff's deposition, likely targeting early November.

2. **Settlement Discussions**

Counsel for the parties had informal discussions regarding settlement in April and May of 2025 but have not revisited the topic since. The parties anticipate further settlement discussion in the next week.

Respectfully submitted,

| | |
|---|---|
| MYLES KIRBY, Liquidator, o/b/o BLACKROCK MEDICAL PARTNERS LIMITED, a corporation of the Republic of Ireland, Plaintiff | MARK J. CROWLEY and FRANCES P. CROWLEY, Defendants |
| BY: /s/ Melinda L. Mannlein<br>Melinda L. Mannlein<br>ARDC No. 6288382<br>Hasselberg, Rock, Bell & Kuppler LLP<br>*Attorney for Plaintiff* | BY: /s/ Timothy Walters<br>Timothy Walters<br>ARDC No. 6339803<br>Clingen, Callow & McLean, LLC<br>*Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 12, 2025, she filed the aforementioned Joint Status Report with the Court through the ECF/Pacer system, which sends electronic notice of such filings to all registered participants and attorneys of record.

/s/ Melinda L. Mannlein

Melinda L. Mannlein – ARDC No. 6288382
Hasselberg, Rock, Bell & Kuppler LLP
423 SW Washington Street
Peoria, IL 61602
Phone: 309-688-9400
Fax:    309-688-9430
Email: mmannlein@hrbklaw.com
            aswearingen@hrbklaw.com