IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYLES KIRBY, Liquidator, o/b/o BLACKROCK MEDICAL PARTNERS LIMITED, a corporation of the Republic of Ireland,<br>    Plaintiff,<br><br>v.<br><br>JOSEPH C. SHEEHAN, et al.<br><br>    Defendants. | Case No. 2023 CV 936 |

## JOINT STATUS REPORT

Pursuant to the Court's docket entry of September 16, 2025, Doc. 119, the parties, through the undersigned counsel, report to the Court as follows:

On or about October 9, 2025, Defendants served a supplemental production of 622 pages on Plaintiff. Counsel for the parties have conferred and anticipate conducting the depositions of Plaintiff Myles Kirby and Defendants Frances Crowley and Mark Crowley via Zoom on or before December 12, 2025, with the exact dates and times of said depositions to be finalized this week.

No further settlement discussions have occurred.

Respectfully submitted,

| | |
|---|---|
| MYLES KIRBY, Liquidator, o/b/o BLACKROCK MEDICAL PARTNERS LIMITED, a corporation of the Republic of Ireland, Plaintiff | MARK J. CROWLEY and FRANCES P. CROWLEY, Defendants |
| BY: /s/ *Melinda L. Mannlein*<br>Melinda L. Mannlein<br>ARDC No. 6288382<br>Hasselberg, Rock, Bell & Kuppler LLP<br>*Attorney for Plaintiff*<br>mmannlein@hrbklaw.com | BY: /s/ *John A. Lipinsky*<br>John A. Lipinsky<br>ARDC No. 6207678<br>Clingen, Callow & McLean, LLC<br>*Attorney for Defendants*<br>lipinsky@ccmlawyer.com |

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on November 3, 2025, she filed the aforementioned Joint Status Report with the Court through the ECF/Pacer system, which sends electronic notice of such filings to all registered participants and attorneys of record.

                   */s/ Melinda L. Mannlein*

Melinda L. Mannlein – ARDC No. 6288382
Hasselberg, Rock, Bell & Kuppler LLP
423 SW Washington Street
Peoria, IL 61602
Phone: 309-688-9400
Fax: 309-688-9430
Email: mmannlein@hrbklaw.com
   aswearingen@hrbklaw.com